UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62065-CIV-DIMITROULEAS

JASMINE LAXAMANA,

     Plaintiff,

vs.

UNITED COLLECTION BUREAU, INC.,

     Defendant.

_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Stipulation for Dismissal [DE 17] (the "Stipulation"), filed herein on December 16, 2016. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 17] is hereby **GRANTED**;

2.     The above styled action is **DISMISSED with prejudice**;

3.     The clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 16th day of December, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record